**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: S.G. A MINOR | : | No. 410 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: L.G., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.